## TOWN OF FRANKLIN et al. v. BUTTERWORTH et al.

No. 1032.   Decided June 22, 1964.

*John D. Fassett* for appellants.

*Richard H. Bowerman* for appellees.

Per Curiam.

The motion to affirm is granted and the judgment is affirmed.

## SENK v. PENNSYLVANIA.

No. 900, Misc.   Decided June 22, 1964.

Per Curiam.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment of the Supreme Court of Pennsylvania is vacated and the case is remanded for further proceedings not inconsistent with the opinion of this Court in *Jackson* v. *Denno, ante,* p. 368.

Mr. Justice Black, Mr. Justice Clark, Mr. Justice Harlan and Mr. Justice Stewart dissent for the reasons stated in their dissenting opinions in *Jackson* v. *Denno, supra.*